Civil Action No. 15-CV-05508-SJ-SMG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* El Sol Azteca Corp. c/o Pico De Gallo, Inc.d/b/a Pico De Gallo
was received by me on *(date)* 09/28/2015.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On September 30, 2015, at 5:30 pm, at 82-12 Roosevelt Avenue, Jackson Heights, New York 11372, I served the summons and complaint and related documents on Martin Alvarez, a person of suitable age and discretion and manager of Pico De Gallo Mexican Restaurant.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/02/2015                            _____
                                            *Server's signature*

                                            Peter J. McLoughlin - Process Server
                                            *Printed name and title*

                                            P.O. Box 218
                                            Island Park, New York 11558

                                            *Server's address*

Additional information regarding attempted service, etc: