AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 15-CV-05508-SJ-SMG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pico De Gallo, Inc. d/b/a Pico De Gallo

was received by me on *(date)* 09/28/2015.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On September 30, 2015, at 5:30 pm, at 82-12 Roosevelt Avenue, Jackson Heights, New York 11372, I served the summons and complaint and related documents on Martin Alvarez, a person of suitable age and discretion and manager of Pico De Gallo Mexican Restaurant.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/02/2015

*Server's signature*

Peter J. McLoughlin - Process Server
*Printed name and title*

P.O. Box 218
Island Park, New York 11558

*Server's address*

Additional information regarding attempted service, etc: