UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

BENJAMIN BOLANOS, GREGORIO HERNANDEZ,  :
MARIA DE LA LUZ LOPEZ, MARCELA MOTA,  :
ELIZABETH FLORES PEREZ, and MARILI JIMENEZ  :
VELAZQUEZ,  :          **15 Civ. 5508 (SJ)(SGM)**
   :
                Plaintiffs,  :
   :          **NOTICE OF VOLUNTARY**
         -against-  :          **DISMISSAL OF PLAINTIFF**
   :          **GREGORIO HERNANDEZ**
PICO DE GALLO, INC. d/b/a PICO DE GALLO, EL  :
SOL AZTECA CORP., and ARMANDO ZENTENO,  :
   :
               Defendants.  :

-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that pursuant to Rule 41 of the Federal Rules of Civil

Procedure and in accordance with the request of plaintiff Gregorio Hernandez, plaintiff

Gregorio Hernandez is hereby dismissed from this action without prejudice.

Dated:  New York, New York
        October 15, 2015

                         PECHMAN LAW GROUP PLLC

                         Louis Pechman
                         488 Madison Avenue, 11th Floor
                         New York, New York 10022
                         Telephone: (212) 583-9500
                         pechman@pechmanlaw.com
                         *Attorneys for Plaintiffs*