UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

BENJAMIN BOLANOS, GREGORIO HERNANDEZ, MARIA DE LA LUZ LOPEZ, MARCELA MOTA, ELIZABETH FLORES PEREZ, and MARILI JIMENEZ VELAZQUEZ,

        Plaintiffs,

-against-

PICO DE GALLO, INC. d/b/a PICO DE GALLO, EL SOL AZTECA CORP., and ARMANDO ZENTENO,

        Defendants.

Civil Action No. 15 CV 05508

---

## STIPULATION

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED by and between the Parties through their undersigned counsel as follows:

1) Defendants hereby accept service of the Complaint and shall file an Answer or other response to Plaintiffs' Complaint on or before November 20, 2015; and,

2) Defendants waive any objection to service of process and waive any defense based on personal jurisdiction.

| | |
|---|---|
| PECHMAN LAW GROUP, PLLC<br>ATTORNEYS FOR PLAINTIFFS<br>488 Madison Avenue – 11th Floor<br>New York, New York 10022<br>(212) 583-9500<br><br>By: _____<br>    LOUIS PECHMAN, ESQ.<br><br>Dated: 10/26/15 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Road, Suite 250<br>Melville, New York 11747<br>(631) 247-0404<br><br>By: _____<br>    NOEL P. TRIPP, ESQ.<br>    ROBERTO CONCEPCION, JR., ESQ.<br>Dated: 10/26/15 |

SO ORDERED on this ___ day of October, 2015

_____
United States District Judge